# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-5214 September Term, 2007

07cv00823



Filed On:

Ann Powers,
    Appellant

v.

United States Department of the Treasury,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 2 4 2007

CLERK

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Kavanaugh, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 4, 2007, be affirmed. The district court properly dismissed the complaint because its "factual contentions are clearly baseless" and the action is frivolous. Neitzke v. Williams, 490 U.S. 319, 327 (1989); 28 U.S.C. § 1915(e)(2)(B).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk